UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **HERBERT JOSEPH MONTGOMERY, III** | **CIVIL ACTION NO. 20-1505** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **JACKSON PARISH SHERIFF, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 12] having been considered, together with the written objection [Doc. No. 13] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Herbert Joseph Montgomery, III's claims are **DISMISSED WITH PREJUDICE** as duplicative, frivolous, and malicious.

MONROE, LOUISIANA, this 20th day of January, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE